The People of the State of New York, Respondent, 
against
Estuardo Queche, Also Known as Estuardo Lopez, Appellant. 

Appellate Advocates (Kathleen Whooley of counsel), for appellant.
Queens County District Attorney (John M. Castellano and Johnnette Traill of counsel), for respondent.
Consolidated
 appeal from a judgment of conviction of the Criminal Court of the City of New York, Queens County (Bruna L. DiBiase, J.), rendered March 9, 2016, and an amended judgment of that court rendered March 8, 2018. The judgment, insofar as appealed from, convicted defendant, upon his plea of guilty, of assault in the third degree. The amended judgment, without a hearing, revoked the sentence of a conditional discharge previously imposed, upon a finding that defendant had violated the conditions thereof, and resentenced defendant, upon his previous conviction of assault in the third degree, to 45 days' imprisonment. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as counsel.
ORDERED that the judgment of conviction, insofar as appealed from, and the amended judgment are affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
WESTON, J.P., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 12, 2020